114 A.3d 359

WASTE MANAGEMENT OF NEW JERSEY, INC., PLAINTIFF–RESPONDENT, v. MERCER COUNTY IMPROVEMENT AUTHORITY, DEFENDANT–PETITIONER, AND REPUBLIC SERVICES OF NEW JERSEY, L.L.C., DEFENDANT/INTERVENOR–RESPONDENT.

AND ANOTHER RELATED CASE.

April 2, 2015.

ORDERED that the petition for certification is granted limited to the issue of whether the opinion letter of counsel to the bidder, Republic Services of New Jersey, L.L.C., constituted a material deviation from the bid specifications that authorized petitioner's rejection of Republic's bid.